IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PWFG REO OWNER LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD JAMES BARBIERI, SHARIE E. BARBIERI, and VICTORIA STEFFEN,<br><br>    Defendants.<br>_____ / | No. C 12-02590 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

   Plaintiff PWFG REO Owner, LLC, filed a motion to remand on June 15, 2012. Pursuant to Civil Local Rule 7-3, defendants' opposition or statement of opposition thereto was due June 29, 2012. None was filed. Defendants are hereby **ORDERED TO SHOW CAUSE** why the action should not be remanded, given their failure to oppose remand. Defendants must file a written response to this order by **JULY 30, 2012**. If no response is filed, plaintiff's motion to remand may be granted. The motion hearing previously set for July 26, 2012, is hereby **VACATED**.

   **IT IS SO ORDERED.**

Dated: July 9, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE