United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PWFG REO OWNER LLC,

    Plaintiff,

  v.

RONALD JAMES BARBIERI, SHARIE E. BARBIERI, and VICTORIA STEFFEN,

    Defendants.

No. C 12-02590 WHA

**ORDER FINDING GOOD CAUSE SHOWN AND SETTING BRIEFING SCHEDULE AND HEARING DATE**

An order to show cause issued requiring *pro se* defendant Ronald James Barbieri to show cause why his case should not be remanded given his failure to oppose remand. Plaintiff responded to the order to show cause and filed an opposition brief. Good cause having been shown, the opposition brief is deemed filed. The reply brief is due August 31, 2012, should plaintiff wish to reply. The hearing is set for **8:00 A.M. ON SEPTEMBER 27, 2012**.

**IT IS SO ORDERED.**

Dated: August 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE